940

No. 1093. AULD, ADMINISTRATRIX v. TERMINAL RAILROAD ASSOCIATION OF ST. LOUIS. Sup. Ct. Mo. Certiorari denied.

No. 1094. SANFIRA v. MOGA. Sup. Ct. Ohio. Certiorari denied.

No. 1095. BORDEN, INC. v. ICE CREAM DRIVERS & EMPLOYEES UNION LOCAL 757. C. A. 2d Cir. Certiorari denied.

No. 1097. WOLFISH v. KLEIN. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 1098. GARFIELD & CO. v. WIEST. C. A. 2d Cir. Certiorari denied.

No. 1099. DIPPOLITO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 1105. MALINSKY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 1106. BRIDGE CORPORATION OF AMERICA v. AMERICAN CONTRACT BRIDGE LEAGUE, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 1107. SELECT MINORITY TRUST v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 1108. RAY, TRADING AS CANDIS O. RAY AGENCY v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 1155. TRI-SERVICE DRILLING CO. ET AL. v. NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.